UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-31128 |
|---|---|---|
| JASON HEFFERN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DISMISSING CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521 (a) (1)**

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed for cause on the Trustee's motion pursuant to 11 U.S.C. § 1307 (c).

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 02, 2019

**Prepared by:**

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900